UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                              Case No. 12–30779
                                                   Chapter 13
Jeffrey Earl Marsh

    Debtor

# NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above referenced case. In order for the case to be discharged, the following must be filed within thirty (30) days of this notice or the case will be CLOSED without discharge:

- ☑ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

- ☑ **Motion for Entry of Discharge Under §1328(a).** The motion must substantially conform to Local Form 6 and include all certifications required pursuant to Local Rule 4004–1(a). If the debtor(s) is unable to make all required Local Rule 4004–1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. §1328(a).

NOTE: *A Motion to Reopen Case will be required for the debtor to receive a discharge after the case has been closed.*

Dated: May 2, 2016

*Juan–Carl Guerrero* (signature)

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                       Case No. 12-30779-DHW
Jeffrey Earl Marsh                                           Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: loverton           Page 1 of 1              Date Rcvd: May 02, 2016
                              Form ID: nfrndc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2016.
db              +Jeffrey Earl Marsh,    409 Capital Parkway,    Montgomery, AL 36107-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Jeffrey Earl Marsh rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 4