UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 12−30779
Chapter 13
Jeffrey Earl Marsh

    Debtor

# NOTICE

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry of Discharge pursuant to Local Bankruptcy Rule 4004−1(a) and/or a Certificate of Financial Management pursuant to Section 1328(g). Unless such requirements are satisfied before the filing of the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)76 Notice of Final Requirements Necessary for Discharge). (JI)

Dated: June 2, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court